

FILED by KZ D.C.
ELECTRONIC

Dec 13, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **12-80232-CR-MARRA/MATTHEWMAN**

18 U.S.C. §1951(a)
18 U.S.C. §924(c)(1)(A)

UNITED STATES OF AMERICA

vs.

KELBY GERMAINE PARSON,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 26, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**KELBY GERMAINE PARSON,**

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take and obtain property, that is, United States currency, belonging to Bank of America, located in West Palm Beach, Florida, a business engaged in interstate commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), from the presence and

-1-

custody of an employee of the Dunbar Armored Truck Company, by means of actual and threatened force, violence, and fear of injury; all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 2

On or about November 26, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**KELBY GERMAINE PARSON,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and did knowingly possess and brandish a firearm in furtherance of a crime of violence, which is a felony prosecutable in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a) as set forth in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80232-CR-KAM/WM

UNITED STATES OF AMERICA

vs.

KELBY GERMAINE PARSON,

        Defendant.
_____/

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    X WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
    List language and/or dialect

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    Yes ___
If yes:
Magistrate Case No.   12-8466-DLB
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   12/5/2012
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. 171700

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **KELBY GERMAINE PARSON**

Case No. 12-80232-CR-KAM/WM

### Count 1:

Interference with Commerce (Robbery)

Title 18, United States Code, Section 1951(a)

*****Max. Penalty:** 20 yrs imprisonment, 3 yr Supervised Release, $250,000 fine

### Count 2:

Possession of a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

*****Max. Penalty:** 7 yrs man/min up to life imprisonment, 3 yr Supervised Release, $250,000 fine

*****Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**